596

360 A.2d 236

COMMONWEALTH

v.

JOHNSON, Appellant.

 Submitted April 12, 1976. James D. Murphy, Trial Defender, and John A. Stets, Public Defender, for appellant; James A. Caldwell, Special Assistant District Attorney, and W. Bertram Waychoff, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

361 A.2d 756

COMMONWEALTH

v.

KERSHAW, Appellant.

 Submitted March 1, 1976. Steven M. Foldes, Assistant Public Defender, and Richard D. Walker, Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and Le-Roy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.